IN THE COUNTY COURT OF THE SEVENTH JUDICIAL
CIRCUIT IN AND FOR VOLUSIA COUNTY, FLORIDA
SMALL CLAIMS DIVISON

ANTONIO GASPIRINI,

    Plaintiff,

vs.                                                    CASE NO.

NORTH AMERICAN CREDIT SERVICES, INC.,

    Defendant.

_____/

## COMPLAINT

Plaintiff, Antonio Gaspirini ("Plaintiff"), files this lawsuit against Defendant, North American Credit Services, Inc. ("Defendant"), and alleges as follows.

1. This is an action for damages that are more than $1,000 but less than $2,500, exclusive of attorneys' fees and costs.

2. This action arises out of Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq. ("FDCPA").

3. Jurisdiction and venue are conferred by 15 U.S.C. § 1692i.

4. At all times material, Plaintiff was a resident of Volusia County, Florida.

5. At all times material, the conduct of Defendant complained of below occurred in in Volusia County, Florida.

6. At all times material, Defendant engaged in its usual and customary business, including its dealings with Plaintiff, within Volusia County, Florida.

## PARTIES

7. Plaintiff is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

8. Defendant is a company with its principal place of business in Tennessee that does business in Volusia County, Florida, including its dealings with Plaintiff, and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

9. Plaintiff allegedly incurred a debt for medical services (Hereinafter the debt is referred to as the "Subject Debt"). The Subject Debt that Plaintiff allegedly incurred was a "consumer debt" as defined by the FDCPA, as it constituted an alleged obligation(s) for the payment of money arising out of a transaction in which the money and/or services which were the subject of the transaction were primarily for Plaintiff's personal, family, or household purposes.

10. At some point after Plaintiff allegedly incurred and defaulted on the Subject Debt, the Subject Debt was assigned or consigned to, or purchased by, Defendant for purposes of collection.

11. On December 13, 2013, the Defendant sent or caused to be sent to Plaintiff, via U.S. Mail, a letter attempting to collect the Subject Debt. (A copy of the December 13, 2013 letter is attached hereto as **Exhibit A** hereinafter "Debt Validation I Notice").

12. Debt Validation I Notice states:

> "Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days after receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request from this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor."

-3-

13. However, towards the bottom of the second page of Debt Validation 1 Notice, it states: "** [p]lease send all disputes in writing **".

14. Defendant's above-referenced letter constitutes misleading, confusing and deceptive means by which Defendant attempted to collect the Subject Debt from Plaintiff. In particular, an unsophisticated consumer would not know the proper way to dispute the validity of his debt because the two above-referenced statements are contradictory in nature. The first quoted sentence of the first statement (paragraph 12) allows the consumer to validate his debt orally, whereas the second quoted statement (paragraph 13) states that *all* disputes have to be in writing. This instruction does not comport with the FDCPA validation requirements.

## COUNT I

### VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT
### 15 U.S.C. 1692 § *et seq.*

15. Plaintiff incorporates by reference paragraphs 1 through 14 of this Complaint as though stated fully herein.

16. The foregoing constitutes a violation of the FDCPA, including 15 U.S.C. §§ 1692e, 1692e(10), and 1692g..

17. As a result of Defendant's violations of the FDCPA, pursuant to 15 U.S.C. § 1692k, Plaintiff is entitled to statutory damages in an amount up to $1,000.00, plus reasonable attorneys' fees and costs.

WHEREFORE Plaintiff demands judgment for damages, attorneys' fees, costs, and such further relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable.

Date: 9/22/14

DISPARTI FOWKES & HASANBASIC, P.A.

Jon Dubbeld, Esq.
Fla. Bar. No. 105869
Jdubbeld@dispartilaw.com
Paul R. Fowkes, Esq.
Fla. Bar No. 723886
Ryan C. Hasanbasic, Esq.
Fla. Bar No. 44119
1041 U.S. Highway 19
Holiday, Florida 34691
(813) 221-0500
(813) 228-7077 (Facsimile)
*Attorneys for Plaintiffs*

# EXHIBIT A

**NACS** — **North American Credit Services**

Do not send correspondence to this address.

PO BOX 1965
SOUTHGATE, MI 48195-0965

Members
American Collectors Association
Healthcare Client Services Association
Licensed/Insured/Bonded

2810 Walker Road, Suite 100
Chattanooga, TN 37421
(800) 264-5654, Ext 125
(423) 894-5654

For: MIGUEL G TAMARIZ MD
Debt #: 9046494
Balance: $180.00

Patient # 536407

Amount Enclosed: _____

**ADDRESSEE:**
9046494/N76   208283452158   0000373/0002

Antonio Gaspirini
877 W Coquina Dr
Holly Hill, FL 32117-4154

**MAKE CHECKS PAYABLE AND REMIT TO:**

NORTH AMERICAN CREDIT SERVICES
PO BOX 182221
CHATTANOOGA, TN 37422-7221

If you would like to provide credit card information see reverse side   * Please return TOP portion in supplied envelope.

**GUARANTOR ACCOUNT SUMMARY**

| Date of Service | Patient Name | Patient # | Amount |
|---|---|---|---|
| 7/28/2013 | ANTONIO GASPIRINI | 536407 | 180.00 |

**ACCOUNT SUMMARY**

Statement Date: 12/13/13
For: MIGUEL G TAMARIZ MD
Debt #: 9046494
Balance: $180.00

Dear Antonio Gaspirini:

Your account is now seriously past due and has been turned over to a national "debt collection" agency. Your failure to pay what is due has caused the creditor to ask for our assistance. We want to offer you the chance to pay what you owe voluntarily by sending your payment, or using our on line payment process.

You will be able to update any negative credit reporting on a nationwide basis by mailing your payment to our office. Or you can call our office at **(800) 264-5654, Ext 125** to pay with your major credit card.

Sincerely,
**Account Rep., Ext 125**
Staff Collector/North American Credit Services

For your convenience our office accepts MasterCard, Visa and American Express. If you would like to pay by credit card please call **(800) 264-5654, Ext 125** and follow the prompts.

This collection agency is licensed by the Collection Service Board, State Department of Commerce and Insurance. North American Credit Services is a Tennessee Corporation.
***See back for important information***

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days after receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request from this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Notice to debtor: This is an attempt to collect a debt. Any information obtained will be used for that purpose. This letter is from a debt collection agency.

☎ Telephone: (800) 264-5654, Ext 125   (423) 894-5654
⏰ Office Hours (Eastern Time): Mon - Thu, 8:00 am - 8:30 pm; Fri 8:00 am - 4:45 pm
✉ Send correspondence to: NORTH AMERICAN CREDIT SERVICES, PO BOX 182221 CHATTANOOGA, TN 37422-7221
💻 If you would like to manage your account on line, please go to our new consumer website at https://nacspayonline.com. You will be able to set up a profile using authorization code 9046946979

| IF PAYING BY CREDIT CARD, PLEASE FILL OUT BELOW | | |
|---|---|---|
| VISA ☐ | MasterCard ☐ | American Express* ☐ |
| CARD NUMBER # | | CCV# (3-digit code on back of card) |
| CARDHOLDER NAME (PLEASE PRINT) | | EXP. DATE |
| SIGNATURE | | |
| STATEMENT DATE 12/13/13 | PAY THIS AMOUNT $180.00 | PATIENT # 9046494 |
| | PAID AMOUNT DUE NOW | $ |

### ***Important Consumer Information***

Please take a moment to read what is available to assist you in the processing of this debt. Our staff is trained to provide a high level of professional assistance to consumers and we expect each person to be treated with dignity and respect. While we may not be able to avoid debt crisis at times together we can work through them.

- Take advantage of our consumer web page for reviewing your account, setting up payment arrangements, sending comments or other important information to resolve your account.

- If you have a dispute you may so state in the comments section of our web page or you may send your dispute to:

    NACS/Compliance/Audit Division
    PO Box 22815
    Chattanooga, TN 37422

### ** Please send all disputes in writing **

- How were you treated by our STAFF? We want to know.

    NACS has a separate Campus Compliance Division that will review all complaints made by a consumer about how you were served by our staff. You may call 1-800-868-6897 Ext 645 or all written complaints/disputes must be mailed to:

    NACS/Compliance/Audit Division
    PO Box 22815
    Chattanooga, TN 37422